IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAISHAUD CHAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:16-cv-00125 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| EARL BARKSDALE, *et al*, | ) | United States District Judge |
| | **)** | |
| Defendants. | ) | |

**ORDER**

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered April 12, 2016, the court directed plaintiff to submit within ten days from the date of the Order the signed consent to withholding of fees form in order to complete the application to proceed in forma paupers. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than ten days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: April 28, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge